E-FILED
Wednesday, 07 September, 2016  12:44:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CODY TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 4:15-cv-4160 |
| vs. | ) |
| | ) |
| VILLAGE OF MILAN, | ) |
| A Municipal Corporation, | ) |
| OFFICER E. PEREZ #2724 | ) |
| A Village of Milan Police Officer, | ) |
| In His Individual Capacity, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants VILLAGE OF MILAN and OFFICER ERIC PEREZ, having appeared by counsel and requested leave of this Court to depose Plaintiff CODY TURNER pursuant Federal Rule of Civil Procedure 30(a)(2)(B); the Defendants' request to depose Plaintiff is hereby GRANTED and the Defendants are given leave to depose Plaintiff on or about September 21, 2016 at the correctional facility at which Plaintiff is incarcerated on September 21, 2016, including but not limited to the Rock Island County Jail located at 1317 Third Avenue, Rock Island, Illinois 61201, or the Metropolitan Correctional Center located at 71 West Van Buren Street, Chicago, Illinois 60605.

Signed this  7th  day of September, 2016.

s/ Jonathan E. Hawley
_____

United States Magistrate Judge